IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ANJENETTE WHITTED, | CASE NO. 1:23-CV-01732-AMK |
| Plaintiff, | |
| vs. | MAGISTRATE JUDGE AMANDA M. KNAPP |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | **JUDGMENT ENTRY** |
| Defendant. | |

For the reasons stated in the related Memorandum Opinion and Order issued by this Court on this date, the final decision of the Commissioner is AFFIRMED.

This matter is terminated on the docket of this Court.

IT IS SO ORDERED.

Dated: March 12, 2025

*/s/ Amanda M. Knapp*
AMANDA M. KNAPP
UNITED STATES MAGISTRATE JUDGE